PEOPLE *ex rel.* WATERMAN *v.* SCHELLENGER *et al.*, Highway Commissioners.

*(Supreme Court, General Term, Second Department. May 12, 1890.)*

The writ of *certiorari* in this case was issued, upon the relation of Henry Waterman against N. B. Schellenger and others, highway commissioners of the town of Southold, in the county of Suffolk, to review their determination in laying out a highway through the inclosed lands of relator.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Payne & Benjamin,* for relator. *Albertson Case,* (*J. H. Tuthill,* of counsel,) for respondents.

BARNARD, P. J. It is not the object of a writ of *certiorari,* to reverse proceedings to open highways, that the return should state facts outside of those which show jurisdiction. The return must give the record only. In this case the record "properly included the application, the certificate of the freeholders, and the order of the commissioners, or, at most, a history and recital of all the official acts of the commissioners in the course of the proceedings." *People* v. *Wheeler,* 21 N. Y. 82. The return shows no error in the proceedings. The jury was drawn in the manner required by law. The names of all persons on the jury-lists of the town were put in a box, and a jury of twelve drawn therefrom. One person declined to serve and was not sworn, and no objection was made to any other person. Ten of the jurors signed the certificate. The commissioners therefore made the order laying out the road. The return does not show an orchard, if it is proper that the commissioners should determine that question. There are a few wild apple and cherry trees along the fence, and 10 prickly pear trees. The apples are wild natural growth trees, and the return states that the trees do not constitute, in whole or in part, an orchard. The finding of the jury, and the decision of the commissioners upon the question, should be upheld. *People* v. *Commissioners,* 57 N. Y. 549. The judgment should therefore be affirmed, with costs. All concur.

---

SHIELS *et al.,* Appellants, *v.* WORTMANN *et al.,* Respondents.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

Appeal from special term, Kings county.

Action by Andrew J. Shiels and others against Sigismund B. Wortmann and Margaret Smith. An extra allowance was granted to defendants in pursuance of a former decision of the general term, and plaintiffs appeal from such order, and move for a rehearing of the former appeal. For former report, see 8 N. Y. Supp. 799.

Argued before BARNARD, P. J., and DYKMAN, J.

*William J. Gaynor,* for appellants. *Johnston & Johnston,* for respondents.

DYKMAN, J. This is an appeal from an order for additional allowance made to the defendants. The plaintiffs submitted to a nonsuit at the circuit, and the trial judge refused to make any allowance to the defendants. Upon appeal to the general term that order was reversed, and subsequently an order for an additional allowance of $500 was made in pursuance of the decision of the general term, and now the plaintiffs have appealed from the last order. The plaintiffs have also made a motion for a reargument of the first appeal. There seems to have been some misapprehension respecting the first appeal, and we think it will be safest to grant a reargument. We will therefore reverse the order for an allowance, and grant a reargument. In that case, if first order for an allowance be affirmed, that will dispose of the controversy; and if it be reversed, as it was before, then the defendants can make a new application for an additional allowance. No costs to either party on this appeal.